UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:94-CR-00044-ECR-RAM |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: March 16, 2011 |
| ROBERT JACKSON, | ) | |
| Defendant. | ) | |

PRESENT:    EDWARD C. REED, JR.                                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN            Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On February 3, 2011, Petitioner-Defendant filed a Petition to Reopen his Writ of Habeas Corpus (#1294) under 28 U.S.C. § 2255.
    On February 22, 2011, Respondant-Plaintiff filed the Government's Response to Defendants' Second or Successive Petition Pursuant to Title 28, U.S.C. § 2255 (#1296).
    On March 11, 2011, Petitioner filed a reply (#1297) to the Government's response.
    Respondant United States of America contends that Petitioner did not obtain a Certificate of Appeal to file his Petition (#1294) as required by 28 U.S.C. §§ 2255, 2244.  This argument is well taken.

    IT IS, THEREFORE, HEREBY ORDERED that Petitioner's Petition to Reopen his Writ of Habeas Corpus (#1294) is DENIED.

LANCE S. WILSON, CLERK

By          /s/
     Deputy Clerk